UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Lykins Energy Solutions

    Plaintiff,

        v.                Case No. 1:15cv778

Foley Carrier Services, LLC., *et al.*,    Judge Michael R. Barrett

    Defendants.

**AMENDED CALENDAR ORDER**

Pursuant to a status conference conducted February 17, 2017 this case shall proceed as follows:

1. Deadline for disclosure of expert witnesses and submission of expert reports[1]:
   Plaintiff's expert witness disclosure and reports: **June 4, 2017**
   Defendants' expert witness disclosure and reports: **June 4, 2017**
   Defendants' disclosure and report of rebuttal experts: **July 5, 2017**
   Disclosure of non-expert (fact) witnesses: **July 17, 2017**

2. Discovery to be completed by[2]: **August 15, 2017**

3. Dispositive motion deadline[3]: **September 15, 2017**

4. Joint Final Pretrial Order/Jury Instructions: **Submitted to the Court one week prior to the final pretrial conference**

5. Final pretrial conference: **February 22, 2018 at 2:30 pm, Room 239**

6. Bench Trial: **April, 2018, Courtroom 109**

    IT IS SO ORDERED.

                              *s/Michael R. Barrett*
                              Michael R. Barrett
                              United States District Judge

---

[1] Disclosure of Experts, Expert reports, and non-expert (fact) witnesses are not required to be filed with the Court.

[2] Counsel shall not presume that a pending motion stays their obligation to complete discovery by this date.

[3] Counsel shall familiarize themselves with the Court's Standing Orders and S.D. Ohio Civ. R. The Court will not read beyond 20 pages unless leave has been previously sought and granted. This Court requires courtesy copies of all substantive motions be delivered to chambers upon filing.